JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for JAVIER AGUILAR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA.                )    Case No. 08CR0700-W
               Plaintiff,       )         08MJ8120
                       )    SUBSTITUTION OF ATTORNEY
                       )
         v.                     )
                       )
JAVIER AGUILAR,                          )
                       )
          Defendant.        )
                       )

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter

as his counsel of record in place of :   Robert Elmer Shroth, Sr.

Dated:  3 . 31 . 08                    _____
                            Javier Aguilar
                            Defendant

Dated:  3 . 31 . 08                    _____
                            John F. Kelly
                            Attorney for Defendant

I consent to the above substitution:

Dated: 4/2/08                          _____
                            Robert Elmer Shroth, Sr.
                            Attorney at Law