FILED
APR - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0700 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JAVIER AGUILAR, | ) | |
| Defendant. | ) | |

ORDER

*IT IS HEREBY ORDERED* that John F. Kelly be substituted as attorney of record in this matter.

DATED: 4/2/08

_____
United States District Court Judge